# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.  H-24-305-S** |
| | § | |
| | § | |
| **FREDREIONA ANDERSON** | § | |

## REQUEST FOR STATUS CONFERENCE

COMES NOW the United States of America through the undersigned Assistant United States Attorney and respectfully requests that the Court schedule a status conference in this matter to address discovery and other issues that have arisen in the case.

Respectfully submitted,

JOHN G.E. MARCK
United States Attorney

By:  *s/ Belinda Beek*
Belinda Beek
Assistant United States Attorney